UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:15-CR-15-RLM |
| | ) | |
| WILLIE PETERSON | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on April 9, 2015. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 17), ACCEPTS defendant Willie Peterson's plea of guilty, and FINDS the defendant guilty of Count 11 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: April 30, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court